95 A.3d 256

STATE OF NEW JERSEY, PLAINTIFF–MOVANT,
v. THOMAS SHANNON, DEFENDANT.

July 18, 2014.

It is ORDERED that the motion for leave to appeal is granted.